IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Philadelphia Media Network (Digital) LLC** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | Civil Action No.  2:11-cv-02605-JS |
| **Vendio Services, Inc.** : | |
| **Defendant.** : | |
| : | |

**STIPULATION FOR AN EXTENSION OF TIME FOR
DEFENDANT VENDIO SERVICES, INC. TO RESPOND TO THE COMPLAINT**

In accordance with Local Rule of Civil Procedure 7.4(b)(2), Plaintiff Philadelphia Media Network (Digital) LLC and Defendant Vendio Services, Inc., by their attorneys, hereby stipulate and agree that the time for Vendio Services, Inc. to answer or otherwise respond to the Plaintiff's Complaint shall be extended from the present due date (which is October 14, 2011, pursuant to Fed. R. Civ. P. 4(d)(3)), until and including October 28, 2011.

No prior extension of time to respond to the Complaint has been requested, and the stipulated extension does not exceed thirty days.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| _____/s/   David J. Wolfsohn_____ | _____/s/ Jedediah Wakefield_____ |
| David J. Wolfsohn | Jedediah Wakefield |
| Woodcock Washburn LLP | Fenwick & West LLP |
| 2929 Arch St. | 555 California St., 12th Floor |
| Philadelphia, PA 19104 | San Francisco, CA 94104 |
| wolfsohn@woodcock.com | jwakefield@fenwick.com |
| (215) 564-8910 | (415) 875-2300 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: 10/13/2011 | Dated: 10/13/2011 |

APPROVED:

_____
CLERK

## CERTIFICATE OF SERVICE

This certifies that on the 13th day of October, 2011, I caused the Stipulation for an Extension of Time for Defendant Vendio Services, Inc. to Respond to the Complaint to be served on the following counsel of record by email and U.S. mail:

Jedediah Wakefield
Fenwick & West LLP
555 California St., 12th Floor
San Francisco, CA 94104
jwakefield@fenwick.com
(415) 875-2300

*Counsel for Defendant*

/s/ David J. Wolfsohn